**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Q INDUSTRIES, INC., a Nevada Corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>O'REILLY AUTOMATIVE, INC., a Missouri Corporation; and DOES 1-10, inclusive,<br><br>                Defendants. | CASE NO.: 2:22-cv-03791-RSWL-PLA<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

After consideration of the Parties' Stipulated Protective Order, and the pleadings, files, and records of this matter, the Court hereby GRANTS the Parties' Stipulation.

**IT IS SO ORDERED.**

DATED: September 23, 2022

*Paul L. Abrams*
_____
Hon. Paul L. Abrams
**United States Magistrate Judge**