**G. WARREN BLEEKER, CA Bar No. 210834**
wbleeker@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
**655 N. Central Avenue, Suite 2300**
**Glendale, CA  91203-1445**
**Telephone:  (626) 795-9900**
**Facsimile:  (626) 577-8800**

Attorneys for Defendant
TEST-RITE PRODUCTS CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q INDUSTRIES, INC., a Nevada Corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>O'REILLY AUTOMOTIVE, INC., a Missouri Corporation; O'REILLY AUTO ENTERPRISES LLC, a Delaware Limited Liability Company; O'REILLY AUTOMOTIVE STORES, INC., a Missouri Corporation; OZARK PURCHASING, LLC, a Missouri Limited Liability Company; TEST-RITE PRODUCTS CORP., a California Corporation; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 2:22-cv-03791-AB (PVCx)<br><br>**APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:  July 7, 2023<br>Time: 10:00 a.m.<br>Courtroom: 7B<br><br>Hon. André J. Birotte Jr. |

121562319.1

PLEASE TAKE NOTICE that pursuant to Local Rule 79-5.2.2 and the Protective Order entered on September 23, 2022 in the above-action ("Protective Order") (Dkt. No. 35), Defendant Test-Rite Products Corp. ("TRPC") files this Application seeking an order to file under seal the following document and exhibit containing confidential proprietary business information under seal:

1. An unredacted version of the Declaration of Kelly Ho in Support of Test-Rite Products Corp.'s Opposition to Plaintiff's Motion for Leave to Amend Complaint which contains confidential sales and business information that TRPC has designated Highly Confidential—Attorneys' Eyes Only.

2. An unredacted version of Exhibit 1 to the Declaration of Kelly Ho in Support of Test-Rite Products Corp.'s Opposition to Plaintiff's Motion for Leave to Amend Complaint which contains confidential sales and business information that TRPC has designated Highly Confidential—Attorneys' Eyes Only.

3. An unredacted version of Exhibit 13 to the Declaration of G. Warren Bleeker in Support of Defendant Test Rite Products Corp.'s Opposition to Plaintiff's Motion for Leave to File a Third Amended Complaint and Opposition to Authorizing Service of Process which contains confidential internal business communications that TRPC has designated Confidential.

4. An unredacted version of Exhibit 14 to the Declaration of G. Warren Bleeker in Support of Defendant Test Rite Products Corp.'s Opposition to Plaintiff's Motion for Leave to File a Third Amended Complaint and Opposition to Authorizing Service of Process which contains confidential internal business communication that Defendant O'Reilly has designated Confidential.

This Application is requesting to seal only those materials designated as "Confidential" or "Highly Confidential—Attorneys' Eyes Only" by co-Defendants TRPC and O'Reilly. This Application is supported by the Declaration of G. Warren Bleeker in Support of Application to File Documents Under Seal.

| | | |
|---|---|---|
| Dated: June 16, 2023 | | Respectfully submitted, |
| | | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| | By | */s/G. Warren Bleeker* <br> G. Warren Bleeker |
| | | Attorneys for Defendant <br> TEST-RITE PRODUCTS CORP. |

-2-