LINK 221

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q INDUSTRIES, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>O'REILLY AUTOMOTIVE, INC., a Missouri Corporation; O'REILLY AUTO ENTERPRISES LLC, a Delaware Limited Liability Company; O'REILLY AUTOMOTIVE STORES, INC., a Missouri Corporation; OZARK PURCHASING, LLC, a Missouri Limited Liability Company; TEST-RITE PRODUCTS CORP., a California Corporation; TEST RITE INTERNATIONAL CO., LTD., a Taiwan Corporation; and Does 1-10,<br><br>Defendants. | Case No. 2:22-cv-03791-HDV (PVCx)<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION AND REQUEST TO NARROW ISSUES AND FURTHER MODIFY RULE 56 BRIEFING SCHEDULE AND HEARING DATE IN LIGHT OF SECOND MEDIATION<br><br>Date:  April 11, 2024<br>Time:  10:00 a.m.<br>Ctrm.: 5B, 5th Floor<br>First Street Courthouse<br><br>Hon. Hernán D. Vera |

123475046.1

1  The Court, having considered Plaintiff Q Industries, Inc.'s ("Q Industries"), Defendants O'Reilly Automotive, Inc.'s, O'Reilly Auto Enterprises, LLC's, O'Reilly Automotive Stores, Inc.'s, Ozark Purchasing LLC's (collectively, "O'Reilly"), and Defendant Test-Rite Products Corp.'s ("TRPC") (collectively, "the Parties") Joint Stipulation and Request to Narrow Issues and Further Modify Rule 56 Briefing Schedule and Hearing Date in Light of Second Mediation, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The following claims and issues are dismissed with prejudice from the case, with each Party to pay for their own costs and fees relating to the dismissals:

    a. Plaintiff's claim of reverse confusion against TRPC and Test Rite International Co., Ltd. ("TRIC").

    b. Plaintiff's claim for recovery based on a reasonable royalty or corrective advertising.

    c. O'Reilly's Third Affirmative Defense based on laches.

    d. O'Reilly's Fifth Affirmative Defense based on First Amendment - free speech.

    e. TRPC's Second Affirmative Defense based on the First Amendment.

    f. TRPC's Ninth Affirmative Defense based on lack of distinctiveness.

2. The Parties' Rule 56 briefing and hearing schedule shall be modified as follows:

    a. The moving party/parties shall provide to the non-moving party/parties an electronic copy of the opening brief, together with the moving party's portion of the evidentiary appendix and joint appendix of undisputed and disputed facts, on February 15, 2024 (84 days before the selected hearing date);

  b. The non-moving party/parties shall provide the moving party/parties with an electronic copy of the integrated motion, which shall include the opposing party's portion of the joint brief, together with the opposing party's portion of the evidentiary appendix and joint appendix of undisputed and disputed facts on March 7, 2024;

  c. The moving party/parties, after receiving the integrated version of the motion and related papers, without making further revisions to the joint brief other than submitting their Reply and finalizing the document for filing, shall file the joint brief with the Court on March 28, 2024 (42 days before the hearing date); and

  d. The hearing on the motion(s) for summary judgment shall be set for May 9, 2024.

3. Defendants may file joint Rule 56 briefs of up to 50 pages total, in which certain sections are joint sections addressing issues common to all Defendants, certain sections are O'Reilly-only sections, and certain sections are TRPC (and TRIC should the Court determine it may exercise personal jurisdiction over TRIC in this matter)-only sections. Plaintiff will be entitled file to an opposition to Defendants' joint brief of up to 50 pages total.

4. The Parties may file *Daubert* motions concerning one or more of the experts relied upon in the Rule 56 briefing as set forth below:

  a. Opening *Daubert* briefs shall be filed April 11, 2024.

  b. Opposition *Daubert* briefs shall be filed on April 18, 2024.

  c. Reply *Daubert* briefs shall be filed on April 25, 2024.

  d. The hearing on the Parties' *Daubert* motions will be concurrent with the Parties' hearing date for their motions for summary judgment on May 9, 2024.

123475046.1

**IT IS SO ORDERED.**

Dated: 1/11/24

Hon. Hernán D. Vera
United States District Judge

-3-

123475046.1