| | |
|---|---|
| | LINK 145 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q INDUSTRIES, INC., a Nevada Corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>O'REILLY AUTOMOTIVE, INC., a Missouri Corporation; O'REILLY AUTO ENTERPRISES LLC, a Delaware Limited Liability Company; O'REILLY AUTOMOTIVE STORES, INC., a Missouri Corporation; OZARK PURCHASING, LLC, a Missouri Limited Liability Company; TEST-RITE PRODUCTS CORP., a California Corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-03791-~~AB~~ **HDV** (PVCx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TEST-RITE PRODUCTS CORP.'S APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>~~Date: July 7, 2023~~<br>~~Time: 10:00 a.m.~~<br>~~Courtroom: 7B~~<br><br>~~Hon. André J. Birotte Jr.~~ |

121562614.1

This matter came before the Court on Defendant Test-Rite Products Corp.'s ("TRPC") application to seal certain documents in support of TRPC's Opposition to Plaintiff's Motion for Leave to File Third Amended Complaint and Opposition to Authorizing Service of Process. For good cause showing,

**IT IS HEREBY ORDERED** that the unredacted version of the following documents be filed under seal pursuant to Local Rule 79-5:

1. An unredacted version of the Declaration of Kelly Ho in Support of Test-Rite Products Corp.'s Opposition to Plaintiff's Motion for Leave to Amend Complaint which contains confidential sales and business information that TRPC has designated Highly Confidential—Attorneys' Eyes Only.

2. An unredacted version of Exhibit 1 to the Declaration of Kelly Ho in Support of Test-Rite Products Corp.'s Opposition to Plaintiff's Motion for Leave to Amend Complaint which contains confidential sales and business information that TRPC has designated Highly Confidential—Attorneys' Eyes Only.

3. An unredacted version of Exhibit 13 to the Declaration of G. Warren Bleeker in Support of Defendant Test Rite Products Corp.'s Opposition to Plaintiff's Motion for Leave to File a Third Amended Complaint and Opposition to Authorizing Service of Process which contains confidential internal business communication that TRPC has designated Confidential.

4. An unredacted version of Exhibit 14 to the Declaration of G. Warren Bleeker in Support of Defendant Test Rite Products Corp.'s Opposition to Plaintiff's Motion for Leave to File a Third Amended Complaint and Opposition to Authorizing Service of Process which contains confidential internal business communication that co-Defendant has designated Confidential.

**IT IS SO ORDERED.**

Dated: ~~June ____, 2023~~ 1/18/24

Hon. ~~André J. Birotte Jr.~~ Hernán D. Vera
United States District Court Judge

-1-