Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Tara A. Currie (SBN 323984)
tcurrie@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Q Industries, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q INDUSTRIES, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>O'REILLY AUTOMOTIVE, INC., a Missouri Corporation; O'REILLY AUTO ENTERPRISES LLC, a Delaware Limited Liability Company; O'REILLY AUTOMOTIVE STORES, INC., a Missouri Corporation; OZARK PURCHASING, LLC, a Missouri Limited Liability Company; TEST-RITE PRODUCTS CORP., a California Corporation; TEST-RITE INTERNATIONAL CORPORATION, LTD., a Taiwan Corporation; and Does 1-10,<br><br>Defendants. | CASE NO.: 2:22-cv-03791-HDV-PVCx<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiff Q Industries, Inc. and defendants O'Reilly Automotive, Inc.; O'Reilly Auto Enterprises, LLC; O'Reilly Automotive Stores, Inc.; Ozark Purchasing, LLC; Test-Rite Products Corp.; and Test-Rite International Corporation, Ltd. ("Defendants") have come to an agreement to settle the

1  instant action with regard to all claims alleged against Defendants.  The Parties have
2  executed a confidential settlement agreement.  The Parties anticipate filing a joint
3  request for dismissal, with prejudice, within 50 days.  The Parties therefore request that
4  the Court vacate all upcoming deadlines and hearings, pending the filing of the Parties'
5  joint request for dismissal with prejudice.

7  Dated:      February 7, 2024          BLAKELY LAW GROUP

9                                         By:   */s/ Tara A. Currie*
10                                               Brent H. Blakely
                                                 Tara A. Currie
11                                               *Attorneys for Plaintiff*
                                                 *Q Industries Inc.*
12                                         SHOOK, HARDY & BACON L.L.P.

14  Dated:  February 7, 2024              By:   /s/ David W. Morehan
                                                 David W. Morehan
15                                               B. Trent Webb
                                                 Diler Cavdar
16                                               Mayela C. Montenegro-Urch
17                                         *Attorneys for Defendants*
                                           *O'Reilly Automotive, Inc.,*
                                           *O'Reilly Auto Enterprises LLC,*
18                                         *O'Reilly Automotive Stores, Inc., and*
                                           *Ozark Purchasing, LLC*
19

20                                         LEWIS ROCA ROTHGERBER
                                           CHRISTIE LLP
21

22  Dated:  February 7, 2024              By   /s/ G. Warren Bleeker
23                                               G. Warren Bleeker
                                                 Drew Wilson
24
                                           *Attorneys for Defendants*
25                                         *Test-Rite Products Corp.*
                                           *Test Rite International Co., Ltd.*
26
27
28

# ATTESTATION RE ELECTRONIC SIGNATURES

The filer of the foregoing document attests that all other Signatories to this document, on whose behalf this filing is submitted, concur as to the content and have authorized their signature and filing of the document.

Dated:  February 7, 2024                                              By:   */s/ Tara A. Currie*
                                                                                    Tara A. Currie